IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLLECTO, INC. D/B/A EOS CCA and ) <br> PAUL LEARY JR. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:16-cv-01676 <br><br> Judge Crenshaw/Brown. |

## NOTICE OF SETTLEMENT

**COME NOW** defendants Collecto, Inc. d/b/a EOS CCA and Paul Leary, Jr. (collectively, "Defendants"), by and through their undersigned counsel, and hereby inform the Court that a settlement of the present matter has been reached as to all claims of plaintiff Craig Cunningham against Defendants in this matter.

Defendants, therefore, request that this Honorable Court give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 10th day of May, 2017.

*s/ Alan D. Leeth*
Alan D. Leeth (BPR # 022358)
J. Christopher Suedekum (BPR # 034462)
Samuel A. Morris (BPR # 034878)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com

BURR & FORMAN, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
csuedekum@burr.com
smorris@burr.com

Attorneys for Defendants
COLLECTO, INC. D/B/A EOS CCA AND
PAUL LEARY, JR.

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document via email and U.S. First Class Mail on this the 10th day of May, 2017:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

                          *s/ Alan D. Leeth*
                          OF COUNSEL

29656068 v1

3

Case 3:16-cv-01676   Document 33   Filed 05/10/17   Page 3 of 3 PageID #: 113