UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                Plaintiff,

v.                                       Case No.: 3:16–cv–01676

Collecto, Inc., et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/25/2017 re [36].

                                                                        Keith Throckmorton, Clerk
                                                                        s/ Alia D. Morgan, Deputy Clerk